IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MELVIN LEWIS, Jr.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No. 2:05-cv-2125-VEH-TMP |
| ) | |
| **SHERIFF MIKE HALE,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 7, 2007, recommending that the plaintiff's motion for summary judgment be denied. The magistrate judge further recommended that the defendants' special report be treated as a motion for summary judgment and that the motion be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the plaintiff's motion for summary judgment (Doc. #19) is due to be denied, the defendants' motion for summary judgment (Doc. #13) is due to be granted, and this action is due to be dismissed with prejudice. A Final Judgment will be entered.

**DONE** this the 27th day of March, 2007.

**VIRGINIA EMERSON HOPKINS**
United States District Judge